

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00274-CR

---

### Ex Parte Bishop Smith

---

**On Appeal from the County Court at Law No. 2**
**Bell County, Texas**
**Trial Court No. 25CCR03775**

---

## JUDGMENT

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED this 21st day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.